IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHARPVISIONS, INC.,

      Plaintiff,                                         06cv0580

v.                                                       ELECTRONICALLY FILED

BOROUGH OF PLUM, ET AL.,

      Defendants.

### Order of Court

And now, this 2nd day of February, for the reasons set forth in the foregoing memorandum opinion, IT IS HEREBY ORDERED THAT:

    (1)     Plaintiff's motion for partial summary judgment (doc. no. 14) is GRANTED;

    (2)     Defendants' motion for summary judgment (doc. no 18) is DENIED; and

    (3)     Judgment on liability is entered in favor of plaintiff.

                                                    s/Arthur J. Schwab
                                                    Arthur J. Schwab
                                                    United States District Judge

cc:     Counsel of record